# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD L. BIG POND, *Plaintiff*, vs. KEN FURLONG, *et al. Defendants*. | 3:11-cv-00279-ECR-RAM<br><br>ORDER |

Plaintiff has filed a civil rights complaint. Neither a filing fee nor an application to proceed *in forma pauperis* was received with the complaint. It does not appear from the allegations presented that a promptly filed new action would be time-barred under the applicable two-year statute of limitations.

IT THEREFORE IS ORDERED that this action shall be DISMISSED without prejudice to the filing of a new properly commenced action under a new docket number with either the required filing fee or a properly completed application to proceed *in forma pauperis*.

The Clerk shall send plaintiff two copies each of an *in forma pauperis* application form for a prisoner and a blank Section 1983 complaint form, along with the instructions for each form and a copy of the papers that he submitted.

The Clerk shall enter final judgment accordingly, dismissing this action without prejudice.

DATED this 21st day of April 2011.

_____
EDWARD C. REED
United States District Judge