AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

DONALD L. BIG POND,

      Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER: **3:11-CV-00279-ECR-RAM**

KEN FURLONG, et al,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

___ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE.

| | |
|---|---|
| April 21, 2011 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/   M. Campbell |
| | Deputy Clerk |